IN THE MATTER OF THE PETITION
FOR REINSTATEMENT OF
SHERON ANDREA BARTON TO
THE BAR OF MARYLAND

\*
\*
\*
\*
\*
\*

IN THE

SUPREME COURT

OF MARYLAND

AG No. 13

September Term, 2023

**ORDER**

Upon consideration of the verified petition for reinstatement of Sheron A. Barton and Bar Counsel's response to the petition for reinstatement, it is this 15th day of December 2023, by the Supreme Court of Maryland,

ORDERED that the petition is granted; and it is further

ORDERED that Sheron Andrea Barton is reinstated as a member of the Bar of Maryland; and it is further

ORDERED that the Clerk of the Court shall replace the name Sheron Andrea Barton upon the register of attorneys entitled to practice law in this State and certify that fact to the Trustees of the Client Protection Fund and the clerks of all judicial tribunals in this State.

/s/ Matthew J. Fader
Chief Justice

Pursuant to the Maryland Uniform Electronic Legal Materials
Act (§§ 10-1601 et seq. of the State Government Article) this
document is authentic.



Gregory Hilton, Clerk